**Opinion issued July 25, 2023**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-23-00376-CV

———————————

**AUTUMN E. MUNOZ, Appellant**

**V.**

**TROY LYNN MANCHACA, Appellee**

---

**On Appeal from the County Court at Law No. 2**
**Galveston County, Texas**
**Trial Court Case No. 18-FD-2617**

---

## MEMORANDUM OPINION

Appellant, Autumn E. Munoz, filed a notice of appeal from the trial court's April 17, 2023 order. On June 30, 2023, appellant filed a motion to dismiss her appeal.

No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). Appellant's motion does not include a certificate of conference stating that appellant conferred, or made a reasonable attempt to confer, with appellee, Troy Lynn Manchaca, regarding the relief requested in the motion. *See* TEX. R. APP. P. 10.1(a)(5). However, more than ten days have passed, and no party has expressed opposition to appellant's motion. *See* TEX. R. APP. P. 10.3(a)(2).

Accordingly, the Court grants appellant's motion and dismisses the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Countiss.